[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-12240
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 4, 2010
JOHN LEY
CLERK

D.C. Docket No. 8:04-cr-00265-SCB-MAP-1

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROSANNE ERON SIMPSON,
a.k.a. Kevin Smith,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(October 4, 2010)

Before BARKETT, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Leonard E. Clark, appointed counsel for Rosanne Eron Simpson in this 18

U.S.C. § 3582(c)(2) proceeding, has moved to withdraw from further representation of Simpson and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED**, and the district court's denial of Simpson's § 3582(c)(2) motion to reduce his sentence is **AFFIRMED**.